IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                              NO. 4:05CR00109 JLH

ROBERT PHILLIP BREVARD, III
aka ROB;
BRODERICK CHUNN, aka MONEY B.;
ALLISON MTHIMKHULU
STEPHEN BURKS

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

This matter came before the Court on the Motion of the United States to amend the Preliminary Order of Forfeiture entered on March 1, 2006, to include the forfeiture of $6,375.40 in U. S. Currency from defendant Broderick Chunn, aka Money B.

1.  The defendant Broderick Chunn, aka Money B., pled guilty to Count 1 of the Second Superseding Indictment and signed a Plea Agreement on July 19, 2005. The Court entered an Order dated February 27, 2006, amending the Judgment and Commitment Order to include the forfeiture of $6,375.40.

2.  The United States requests that all of the above stated defendants, STEPHAN BURKS, ALLISON MTHIMKHULU, ROBERT PHILLIP BREVARD, III, aka ROB, and BRODERICK CHUNN, aka MONEY B. shall forfeit to the United States the following:

   a.  A sum of money equal to approximately $19,900.00 in U. S. Currency representing the amount of proceeds obtained as a result of the offense set forth in Count 1;

   b.  A 2001 Dodge Dakota Truck VIN # 1B7HL2AX91S262414 seized from STEPHEN BURKS;

    c.    Approximately $11,388.00 seized from ALLISON MTHIMKHULU;

    d.    $6,375.40 in U. S. Currency seized from BRODERICK CHUNN aka Money B.;

WHEREFORE, the Preliminary Order of Forfeiture that was entered on March 1, 2006, is amended to include the forfeiture of $6,375.40 in U. S. Currency from defendant Broderick Chunn, aka Money B., and the United States shall have clear title to the property set forth above following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Title 21, United States Code, Section 853(n)(2) for the filing of third party petitions.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed.R.Crim.P. 32.2(e).

IT IS SO ORDERED this 20th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE