IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                              No.4:05CR00109 JLH

ROBERT PHILLIP BREVARD, III,
aka ROB; BRODERICK CHUNN, aka MONEY B.;
ALLISON MTHIMKHULU; STEPHEN BURKS;
and CHIQUITA BURKS

## AMENDED FINAL ORDER OF FORFEITURE

WHEREAS, on August 24, 2007, this Court entered a Final Order of Forfeiture and on August 31, 2007, entered an Order to Amend the Final Order of Forfeiture, ordering defendants to forfeit their interest in the following:

a.  A sum of money equal to approximately $19,900.00 in U.S. Currency representing the amount of proceeds obtained as a result of the offense set forth in Count 1;

b.  A 2001 Dodge Dakota Truck VIN # 1B7HL2AX91S262414 seized from STEPHEN BURKS;

c.  Approximately $11,388.00 seized from ALLISON MTHIMKHULU;

d.  Approximately $9,200.00 seized from Chiquita Burks; and

e.  $6,375.03 in U.S. Currency seized from BRODERICK CHUNN aka Money B.;

WHEREAS, corrections have been made in the currency amounts seized from Chiquita Burks ( $9,600 corrected to state $9,200) and Broderick Chunn ($6,375.40 corrected to state $6,375.03);

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States

to dispose of the property in accordance with the law and as specified in the Order to Amend the Final Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, the United States also provided actual notice to all interested parties, including to the defendants;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

IT IS ORDERED that all right, title, and interest in all of the property set forth above is hereby forfeited to the United States, and the United States Marshal shall dispose of such property according to law.

SO ORDERED this 27th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE