AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

# UNITED STATES DISTRICT COURT

## Eastern District of Arkansas

FEB 27 2013

JAMES W. McCORMACK, CLERK
By:_____
                        DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |

ROBERT PHILLIP BREVARD, III

Case No.    4:05CR00109-01 JLH

USM No.    19857-009

Denese R. Fletcher
_____
Defendant's Attorney

**THE DEFENDANT:**

X    admitted guilt to violation of condition(s)    _General, Standard_____    of the term of supervision.

☐    was found in violation of condition(s)    _____    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Violation of federal, state, or local law | May 5, 2011 |
| General | Illegal possession of a controlled substance | May 5, 2011 |
| Standard | Failure to notify probation officer of law enforcement contact | May 5, 2011 |

The defendant is sentenced as provided in pages 2 through    ____2____    of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated condition(s)    _____    and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _7994___

Defendant's Year of Birth:    _1974___

City and State of Defendant's Residence:
_Little Rock, Arkansas_____

February 27, 2013
_____
Date of Imposition of Judgment

_____
Signature of Judge

**J. Leon Holmes, United States District Judge**
Name and Title of Judge

February 27, 2013
_____
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page ___2___ of ___2___

DEFENDANT:          ROBERT PHILLIP BREVARD, III
CASE NUMBER:        4:05CR00109-01 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**24 MONTHS to run concurrent with Arkansas Department of Correction term imposed in case no. CR2011-2277; with no term of supervised release to follow**

☐    The court makes the following recommendations to the Bureau of Prisons:

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐ a.m.   ☐ p.m.   on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL